**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ABRAHAM OMAR VALDEZ MEDINA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO RANGEL,<br><br>            Defendant. | Case No. 3:23-CV-00210-LRH-CLB<br><br>**ORDER GRANTING APPLICATION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>[ECF No. 1] |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in an action for immigration financial support under the United States Citizenship and Immigration Services ("USCIS") Form I-864, Affidavit of Support under Section 213A of the Immigration and Nationality Act. In the IFP application, Plaintiff listed minimal income and assets (ECF No. 1).

For good cause appearing, **IT IS ORDERED** as follows:

(1) Plaintiff's application to proceed IFP, (ECF No. 1), is **GRANTED**. Plaintiff is permitted to maintain this action without the necessity of prepayment of fees or costs or the giving of security therefor.

(2) The Complaint shall **PROCEED**. The Clerk shall **FILE** the Complaint (ECF No. 1-1).

(3) The Clerk shall **ISSUE** summons for the above-named defendant and deliver the same to the U.S. Marshal together with a copy of the complaint, (ECF No. 1-1), and this order for service on the defendant. The Clerk shall **SEND** to Plaintiff a USM-285 form. Plaintiff shall have until **July 14, 2023**, to complete and return the USM-285 service form to the U.S. Marshal, 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501. If Plaintiff fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

(4) Once a defendant is served, Plaintiff must serve a copy of every pleading or

other document submitted for consideration by the Court upon the defendant or, if an appearance has been entered by counsel, upon the attorney. Plaintiff must include with the original of each document to be filed with the Court a certificate stating that a true and correct copy of the document was served on the defendant, or counsel, if the defendant has an attorney. Under Local Rule 5-1 the proof of service must show the day and manner of service and the name of the person served. The Court may disregard any paper received which has not been filed with the Clerk, or that fails to include a certificate of service.

**IT IS SO ORDERED.**

**DATED**: May 30, 2023            .

_____
**UNITED STATES MAGISTRATE JUDGE**