AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Abraham Omar Valdez Medina,

           Plaintiff,

v.

Jose Antonio Rangel,

           Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00210-LRH-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the DEFAULT JUDGMENT is entered against Defendant Jose Antonio Rangel in the amount of $33,325.00, and for Plaintiff Abraham Omar Valdez Medina.

9/11/2023
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk