Greg McLawsen
SBA (Washington) #41870
Appearing pro hac vice
SOUND IMMIGRATION
113 Cherry St., ECM# 45921
Seattle, WA 98104-2205
Tel. (855) 809-5115
greg@soundimmigration.com
Attorney for Plaintiff Abraham Omar Valdez Medina

**IN FEDERAL DISTRICT COURT FOR THE
DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| ABRAHAM OMAR VALDEZ MEDINA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSE A. RANGEL,<br><br>         Defendant. | Civil No.  3:23-cv-00210-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER FOR JUDGMENT DEBTOR'S EXAMINATION** |

It is hereby **ORDERED** that Defendant/Judgment Debtor Jose A. Rangel shall appear for a debtor's examination at the following date, time and location.

**Date:** Friday, September 6, 2024

**Time:** 9:00 a.m.

**Location:** U.S. District Court, District of Nevada – Reno

         400 S Virginia Street, Courtroom #1

         Reno, Nevada 89501

ORDER – Page 1

It is further **ORDERED** that Defendant/Judgment Debtor Jose A. Rangel is ordered to bring with him to the examination copies of all the document in his possession or control that relates to the following categories:

1. Federal tax returns for Mr. Rangel for the tax years of 2022 through present;
2. All pay stubs for Mr. Rangel from May 1, 2023 through the present;
3. Bank statements from all bank accounts, foreign and domestic, in which Mr. Rangel has a legal or equitable ownership interest from May 1, 2023 through the present;
4. Bank statements from all bank accounts, foreign and domestic, for all partnerships in which Mr. Rangel has a legal or equitable ownership interest from May 1, 2023 through present.
5. 5. Bank statements from all bank accounts, foreign and domestic, for all limited liability companies in which Mr. Rangel has a legal or equitable ownership interest from May 1, 2023 through the present;
6. Deeds (or the foreign equivalent) for any foreign and domestic parcel of real property in which Mr. Rangel has any current legal or equitable ownership interest, including but not limited to personal residence, vacation property, undeveloped land, commercial property or leased property;
7. All documents that relate to the sale, transfer, or purchase of any foreign and domestic, real property in which Mr. Rangel has or had any legal or

       equitable ownership interest from January 1, 2023 through present;

8. Title, registration and all other documents relating to the purchase, sale, or transfer of any automobiles in which Mr. Rangel has had any ownership interest since January 1, 2023 to the present date;

9. Share certificates for any corporation in which Mr. Rangel owns stock, or if the stock is held in the account of a broker, the account statements from each brokerage firm from January 1, 2023 to the present date;

10. Any trust agreement for any trust in which Mr. Rangel is a beneficiary;

11. Any trust agreement for any trust of which Mr. Rangel is a grantor;

12. Any trust agreement for any trust of which Mr. Rangel is a trustee;

13. Any and all documents, not already identified above, identifying or referring to the location, account numbers, balances, and disposition of any and all foreign and domestic bank, brokerage, or other financial account held Mr. Rangel from January 1, 2023 to the present date; and

14. All life insurance policies to which Mr. Rangel is a beneficiary.

Dated: July 30, 2024

_____
United States Magistrate Judge